PROSKAUER ROSE LLP
Wanda L. Ellert, Esq.
One Newark Center
Newark, New Jersey 07102
Ph.: (973) 274-3200
Fax: (973) 274-3299
wellert@proskauer.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY EWELL,<br><br>   *Plaintiff,*<br><br>-against-<br><br>THE NATIONAL BASKETBALL ASSOCIATION, MICHAEL GLIDEMAN, and John Doe Corporations 1-10,<br><br>   *Defendants.* | Civil Action No. 11-5107 (JLL)(MAH)<br><br><u>Document Electronically Filed</u><br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case for Defendants and send electronic notification of all papers filed with the Court to me at wellert@proskauer.com.

Dated: November 2, 2011

             Respectfully submitted,

             PROSKAUER ROSE LLP

             By: /s/ Wanda L. Ellert
             Wanda L. Ellert
             One Newark Center
             Newark, New Jersey  07102
             Ph: (973) 274-3200
             Fax: (973) 274-3299
             wellert@proskauer.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 2, 2011, I caused to be served the foregoing Notice of Appearance by ECF upon the Court and on the following counsel for Plaintiff:

>Michael J.P. Schewe, Esq.
>ScheweLaw, LLC
>16 Green Street, 3rd Floor
>Newark, NJ  07102-3616
>Phone:  (862) 772-2800
>Fax:     (973) 718-4621
>mschewe@ScheweLawLLC.com
>*Attorney for Plaintiff*
>
>By: /s/ Wanda L. Ellert
>  Wanda L. Ellert