PROSKAUER ROSE LLP
Wanda L. Ellert, Esq.
One Newark Center
Newark, New Jersey 07102
Ph.: (973) 274-3200
Fax: (973) 274-3299
wellert@proskauer.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY EWELL, *Plaintiff,* -against- THE NATIONAL BASKETBALL ASSOCIATION, MICHAEL GLIDEMAN, and John Doe Corporations 1-10, *Defendants.* | Civil Action No. 11-5107 (JLL)(MAH) Document Electronically Filed **APPLICATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL CIVIL RULE 6.1(b)** |

Application is hereby made, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending the time within which Defendants, the National Basketball Association and Michael Gliedman ("Defendants"), may answer, move, or otherwise respond to the Complaint filed by Plaintiff Anthony Ewell ("Plaintiff") herein, and it is represented that:

1. No previous extension has been obtained.

2. Plaintiff's Request for Waiver of Service of Summons was sent to Defendants on September 8, 2011.

3. On September 22, 2011, Defendants executed and returned the Waiver of Service of Summons to counsel for plaintiff.

4. Defendants' time to answer, move, or otherwise respond expires on November 7, 2011.

4. Defendants hereby request an additional fourteen days, through and including November 21, 2011, to answer, move, or otherwise respond to Plaintiff's Complaint.

Dated: November 2, 2011

        Respectfully submitted,

        PROSKAUER ROSE LLP

        By: /s/ Wanda L. Ellert
        Wanda L. Ellert
        One Newark Center
        Newark, New Jersey  07102
        Ph:     (973) 274-3200
        Fax:    (973) 274-3299
        wellert@proskauer.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2011, I caused to be served the foregoing Notice of Appearance by ECF upon the Court and on the following counsel for Plaintiff:

>Michael J.P. Schewe, Esq.
>ScheweLaw, LLC
>16 Green Street, 3rd Floor
>Newark, NJ  07102-3616
>Phone:  (862) 772-2800
>Fax:     (973) 718-4621
>mschewe@ScheweLawLLC.com
>*Attorney for Plaintiff*

>By: /s/ Wanda L. Ellert
>Wanda L. Ellert

## **ORDER**

The above application is ORDERED GRANTED, and the time within which Defendants may answer, move, or otherwise respond to the Complaint in this action is extended from November 7, 2011, through and including November 21, 2011.

ORDER DATED: _____

                                        WILLIAM T. WALSH, CLERK

                                        By:_____
                                                 Deputy Clerk