**Michael J. P. Schewe, Esq.**
*Attorney for Plaintiff*
**ScheweLaw, LLC**
16 Green Street, 3rd Floor
Newark, New Jersey 07102-3616
Telephone:     (862) 772-2800
Facsimile:     (973) 718-4621
Email:          mschewe@ScheweLawLLC.com
Website:        www.ScheweLawLLC.com

| | |
|---|---|
| ANTHONY EWELL,<br><br>*Plaintiff*,<br><br>-against-<br><br><br>THE NATIONAL BASKETBALL ASSOCIATION, MICHAEL GLIDEMAN, and John Doe Corporations 1-10,<br><br>*Defendants*. | **UNITED STATES DISTRICT COURT**<br>DISTRICT OF NEW JERSEY<br><br><br><br><br>Civil Action No. 11-5107 (JLL)(MAH)<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Plaintiff, Anthony Ewell, and send

electronic notification of all papers filed with the Court to me at mschewe@schewelawllc.com.

**RESPECTFULLY SUBMITTED** this 7th day of November, 2011,


ScheweLaw, LLC
*Attorney for Plaintiff*



by:          */s/ Michael J. P. Schewe*          .
**Michael J. P. Schewe, Esq.**