Michael J. P. Schewe, Esq.
PODVEY, MEANOR, CATENACCI,
  HILDNER, COCOZIELLO & CHATTMAN, P.C.
The Legal Center
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Telephone: 973-623-1000

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANTHONY EWELL,

          Plaintiff,

vs.

NBA PROPERTIES, INC., MICHAEL GLIEDMAN, and John Doe Corporations 1-10,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 2:11-cv-05107 (KM) (MCA)

**CERTIFICATION IN SUPPORT OF REQUEST TO BE RELIEVED OF COUNSEL**

I, Michael J. P. Schewe, Esq., of full age, hereby certify as follows:

    1.    I am an attorney at law of the States of New Jersey and New York as well as an associate at the law firm of Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, a Professional Corporation (hereafter "Podvey Meanor").  I represent the Plaintiff, Anthony Ewell, in the above-referenced action and, as such, I am familiar with the facts set forth herein.

    2.    I make this Certification in support of my request to be relieved as counsel for Mr. Ewell.

    3.    Prior to joining Podvey Meanor in April of 2013, I operated a solo practice, ScheweLaw, LLC, at 16 Green Street, 3rd Floor, Newark, New Jersey 07102.  Mr. Ewell retained me in my capacity at ScheweLaw, LLC.

4. Since I joined Podvey Meanor, Mr. Ewell and my new firm have been unable to initiate an attorney-client relationship that satisfies both parties.  Therefore, Mr. Ewell is actively seeking substitute counsel.

5. It is my understanding that Mr. Ewell does not object to this application and we are both working together to secure him the best representation possible.

6. No trial date has been set in this case.

7. Furthermore, on account of this transition period, certain depositions that were scheduled in April need to be rescheduled.  Also, both parties believe that certain documents remain outstanding from their respective discovery requests.

8. Therefore, in addition to requesting to be relieved of counsel, I hereby request that discovery be extended by sixty (60) days in order for Mr. Ewell's new attorney to reschedule the cancelled deposition and resolve all outstanding discovery issues with counsel for Defendants.

9. I make this Certification knowing that the Court may rely upon same.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


                                                 *Michael J. P. Schewe*
                                                 Michael J. P. Schewe, Esq.

Dated:  May 7, 2013


**CERTIFICATION OF SERVICE**

I hereby certify that, on May 7, 2013, I electronically filed the foregoing Certification of Michael J. P. Schewe, Esq. and Proposed Form of Order with the Clerk of the District Court of

New Jersey using CM/ECF, which sent notification of such filing to all parties registered to received notice through the service; and did serve by electronic and regular mail the Plaintiff, Anthony Ewell.

     *Michael J. P. Schewe*
     Michael J. P. Schewe, Esq.

Dated:  May 7, 2013

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANTHONY EWELL,

    Plaintiff,   :   No. 2:11-cv-05107 (KM) (MCA)

|                                                                          |   |             |
|--------------------------------------------------------------------------|---|-------------|
|                                                                          | : |             |
| vs.                                                                      | : |             |
|                                                                          | : | **ORDER**   |
|                                                                          | : |             |
| NBA PROPERTIES, INC., MICHAEL GLIEDMAN, and John Doe Corporations 1-10,  | : |             |
|                                                                          | : |             |
| Defendants.                                                              |   |             |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

This application having been brought before the Court by Michael J. P. Schewe, Esq., attorney for Plaintiff, Anthony Ewell, for an order relieving him of counsel and extending discovery; and the Court having reviewed any opposition submitted herewith; and for good cause shown:

**IT IS ON THIS** _____ day of _____ , 2013,

**ORDERED** that Michael J. P. Schewe's application to be relieved of counsel is hereby **GRANTED**; and it is further

**ORDERED** that, in conjunction with the application to be relieved of counsel, discovery be extended _____ days.

And for any such other relief that the Court finds reasonable and just.


**BY:** _____
       Honorable Madeline Cox Arleo
       U.S. District Court Magistrate Judge