

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

May 20, 2013

Elise M. Bloom
Member of the Firm
d 212 969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

*By CM/ECF and Overnight Mail*

The Honorable Magistrate Judge Madeline C. Arleo
Martin Luther King, Jr. Federal Building
U.S. Courthouse, District of New Jersey
50 Walnut Street, Room 2060
Newark, New Jersey 07101

Re:   *Ewell v. NBA Properties et al.*, **2:11-cv-05107-KM-MCA**

Dear Judge Arleo:

    We represent Defendants in the above-referenced matter. We write to seek clarification on a matter concerning Your Honor's Letter Order of May 17, 2013, granting the application of Michael Schewe to withdraw as counsel for Plaintiff. Mr. Schewe filed his application on May 7, 2013, and also requested a sixty (60) day extension of the discovery period.

    Your Honor's May 17 Order noted that "[n]o papers were filed in opposition to the motion." On May 15, 2013, Defendants filed a Declaration in Opposition to Plaintiff's Request for an Extension of Discovery," (Docket No. 53), and sent a copy of the same to the Court via overnight mail. Defendant's Declaration noted that Defendants were not objecting to Mr. Schewe's request to withdraw as counsel, however it also set forth Defendants' objections to Plaintiff's request to extend discovery.

    In light of Your Honor's Order, we wanted to confirm that Your Honor has received Defendants' opposition papers. For your convenience, we have attached to this letter a copy of the Declaration that was filed on May 15 along with the exhibits thereto.

    If you have any questions, please contact me at your convenience.

Respectfully submitted,

PROSKAUER ROSE, LLP

*Elise M Bloom* (signature)

Elise M. Bloom*
Eleven Times Square
New York, NY  10036

1209/53750-394 current/36695949v1

Beijing | Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, DC

**Proskauer»**

May 20, 2013
Page 2

                                              Ph.: (212) 969-3000
                                              Fax: (212) 969-2900
                                              ebloom@proskauer.com
                                              *Admitted *pro hac vice*

                                              Wanda L. Ellert
                                              One Newark Center
                                              Newark, NJ  07102
                                              Ph.: (973) 274-3200
                                              Fax: (973) 274-3299
                                              wellert@proskauer.com

                                              *Attorneys for Defendants*

Enclosure

cc:    Anthony Ewell, Plaintiff (*By Overnight Mail*)

1209/53750-394 current/36695949v1